# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ROBERT HASSEL, BOTH INDIVIDUALLY AND IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF MARY HASSEL, DECEASED, | : | No. 213 EAL 2019 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH J. FRANZI, MD, PHD: FRANKFORD AVENUE FAMILY PRACTICE, P.C., D/B/A FRANKFORD AVENUE FAMILY PRACTICE WILLIAM V. ARNOLD, MD, PHD RECONSTRUCTIVE ORTHOPAEDIC ASSOCIATES, LL, P.C. D/B/A/ THE ROTHMAN INSTITUTE, RESPONDETS | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 22nd day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.